IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRUCE WAYNE HUEY, *

       Petitioner, *

v.     Case No. 5:20-cv-325 (MTT)

 *

DARRIN MYERS, 

 *

       Respondent.

 *

## JUDGMENT

Pursuant to this Court's Order dated December 14, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 15th day of December, 2021.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk