IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRUCE WAYNE HUEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:20-cv-325 (MTT) |
| | ) |
| DARRIN MYERS, | ) |
| | ) |
| Respondent. | ) |

### ORDER

Petitioner Bruce Wayne Huey moves for leave to appeal *in forma pauperis* ("IFP") from the Court's order denying his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 38. Huey's motion does not raise any meritorious issues and would therefore be considered frivolous under review of a motion for leave to appeal IFP. *See* 28 U.S.C. § 1915; *Coppedge v. United States*, 369 U.S. 438, 445 (1962) (holding that a plaintiff demonstrates good faith under 28 U.S.C. § 1915 when he seeks review of a non-frivolous issue); *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) ("[A] case is frivolous . . . when it appears the plaintiff 'has little or no chance of success.'") (citations omitted). Moreover, the Court already considered Huey's claims when it denied him a certificate of appealability. Docs. 32; 34. Accordingly, Huey's motion to proceed IFP on appeal (Doc. 38) is **DENIED.**

**SO ORDERED**, this 7th day of March, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT